KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234
    Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3-06-70306 EDL |
| Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER AND STIPULATION EXTENDING TIME UNDER RULE 5.1 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ANTONIO MELENDEZ-TORRES, ) aka Antonio Torres Melendez, ) | |
| Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties appeared on the instant matter May 18, 2006 in front of the Honorable Elizabeth D. Laporte for defendant's initial appearance on the complaint. On May 18, 2006, the matter was continued to June 6, 2006 for a detention hearing and to set an arraignment / preliminary hearing.

    2. On May 18, 2006, Assistant Public Defender Steven G. Kalar, who represents the defendant, requested an exclusion of time from May 18, 2006 to June 6, 2006, based on effective preparation and continuity of counsel. The defendant agreed to an extension of time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of time under the Speedy Trial Act. The parties agree that the time from May 18, 2006 to June 6, 2006

STIPULATION AND ~~PROPOSED~~ ORDER     1
3-06-70306 EDL

should be extended under Rule 5.1(d) and excluded in computing the time within which an information or indictment must be filed. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

      3. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See id. The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

      4. For the reasons stated, the time period from May 18, 2006 to June 6, 2006 is extended under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: _____          Respectfully Submitted,

                                      /S/
                                  NAHLA RAJAN
                                  Special Assistant United States Attorney

DATED: _____            /S/
                                  STEVEN G. KALAR
                                  Counsel for Antonio Melendez-Torres

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _6/2/06_____          _____
                                  HONORABLE ELIZABETH D. LAPORTE
                                  United States Magistrate



STIPULATION AND ~~PROPOSED~~ ORDER     2
3-06-70306 EDL