KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234
    Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

FILED

JUN 1 9 2006

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTONIO MELENDEZ-TORRES,<br>aka Antonio Torres Melendez,<br><br>    Defendant. | No. 3-06-70306 EDL<br><br>[PROPOSED] ORDER AND STIPULATION EXTENDING TIME UNDER RULE 5.1 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties appeared on the instant matter May 18, 2006 in front of the Honorable Elizabeth D. Laporte for defendant's initial appearance on the complaint. On May 18, 2006, the matter was continued to June 6, 2006 for a detention hearing and to set an arraignment / preliminary hearing. On June 6, 2006, the parties appeared in front of the Honorable Maria-Elena James, and the matter was continued to June 16, 2006 for detention hearing and to set an arraignment / preliminary hearing.

    2. On June 6, 2006, Assistant Public Defender Steven G. Kalar, who represents the defendant, requested an exclusion of time from June 6, 2006 to June 16, 2006, based on effective preparation and continuity of counsel. The defendant agreed to an extension of time for the

STIPULATION AND PROPOSED ORDER    1
3-06-70306 EDL

1    preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of time
2    under the Speedy Trial Act. The parties are involved in discussions which appear likely to lead
3    to pre-indictment resolution of this case. Therefore, the parties are requesting an extension of
4    time under Rule 5.1(d) and an exclusion of time under the Speedy Trial Act. The parties agree
5    that the time from June 6, 2006 to June 16, 2006 should be extended under Rule 5.1(d) and
6    excluded in computing the time within which an information or indictment must be filed. See 18
7    U.S.C. § 3161(h)(8)(A) and (B)(iv).
8            3. In light of the foregoing facts, the failure to grant the requested exclusion would
9    unreasonably deny counsel for the defense the reasonable time necessary for effective
10   preparation, taking into account the exercise of due diligence. See id. The ends of justice would
11   be served by the Court excluding the proposed time period. These ends outweigh the best
12   interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).
13           4. For the reasons stated, the time period from June 6, 2006 to June 16, 2006 is extended
14   under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial Act, 18
15   U.S.C. § 3161(h)(8)(A).
16
17   IT IS SO STIPULATED.
18
19   DATED: _____            Respectfully Submitted,
20
                                    _____/S/_____
21                                  NAHLA RAJAN
                                    Special Assistant United States Attorney
22
23   DATED: _____            _____/S/_____
                                    STEVEN G. KALAR
24                                  Counsel for Antonio Melendez-Torres
25
     PURSUANT TO STIPULATION, IT IS SO ORDERED.
26
27   DATED: 6/19/06                 _____ NANDOR VADAS
28                                  HONORABLE ~~MARIA-ELENA JAMES~~
                                    United States Magistrate Judge

STIPULATION AND PROPOSED ORDER          2
3-06-70306 EDL