KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6838
   Facsimile: (415) 436-7234
   Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0505 JSW |
|    Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ANTONIO MELENDEZ-TORRES, ) aka Antonio Torres Melendez, ) | |
|    Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties appeared on the instant matter July 27, 2006 for initial appearance before the Honorable Jeffrey S. White. On July 27, 2006, the matter was continued to August 17, 2006 for status / trial setting.

    2. On July 27, 2006, Assistant Public Defender Steven G. Kalar, who represents the defendant, requested an exclusion of time from July 27, 2006 to August 17, 2006, based on effective preparation and continuity of counsel. The defendant agreed to an exclusion of time under the Speedy Trial Act. The parties agree that the time from July 27, 2006 to August 17, 2006 should be excluded in computing the time within which an information or indictment must be filed. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

STIPULATION AND ~~PROPOSED~~ ORDER     1
CR 06-0505 JSW

3. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See id. The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

4. For the reasons stated, the time period from July 27, 2006 to August 17, 2006 is excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: August 8, 2006                           Respectfully Submitted,

                                                /S/
                                                NAHLA RAJAN
                                                Special Assistant United States Attorney

DATED: August 7, 2006                           /S/
                                                STEVEN G. KALAR
                                                Counsel for Antonio Melendez-Torres

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 10, 2006                          _____
                                                HONORABLE JEFFREY S. WHITE
                                                United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER            2
CR 06-0505 JSW