KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-505 JSW |
| Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION (1) EXCLUDING TIME FROM AUGUST 17, 2006 TO SEPTEMBER 21, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. ) | |
| ANTONIO MELENDEZ-TORRES, ) | |
| Defendant. ) | |

    The parties appeared before the Honorable Jeffrey S. White on August 17, 2006.

    With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act from August 17, 2006 to September 21, 2006, in light of the need for the new Assistant U.S. Attorney to get up to speed on the case, and the need for the defendant's counsel to review the plea agreement further and discuss the appropriate disposition with his client. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the defendant's counsel's travel schedule, and would deny the defendant continuity of counsel.

    2. Given these circumstances, the Court found that the ends of justice served by excluding

STIP & [PROP.] ORDER
CR 06-505 JSW

1  the period from August 17, 2006 to September 21, 2006 outweigh the best interest of the public
2  and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).
3     3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from
4  August 17, 2006 to September 21, 2006 be excluded from Speedy Trial Act calculations under 18
5  U.S.C. § 3161(h)(8)(A) & (B)(iv).

7     IT IS SO STIPULATED.

9  DATED: September 7, 2006                    /S/
10                                              TRACIE L. BROWN
                                                Assistant United States Attorney

12 DATED: September 5, 2006                    /S/
                                                STEVEN KALAR
13                                              Attorney for Antonio Melendez-Torres

14    IT IS SO ORDERED.

16 DATED: September 7, 2006                    _____
                                                THE HON. JEFFREY S. WHITE
17                                              United States District Judge

STIP & [PROP.] ORDER
CR 06-505 JSW                                2