1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, CA 94102
       Telephone: (415) 436-6917
7      Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,        )   No.  CR 06-505 JSW
                                    )
14      Plaintiff,                  )   [PROPOSED] ORDER AND STIPULATION
                                    )   (1) EXCLUDING TIME FROM
15      v.                          )   SEPTEMBER 21, 2006 TO FEBRUARY 1,
                                    )   2007 FROM THE SPEEDY TRIAL ACT
16 ANTONIO MELENDEZ-TORRES,         )   CALCULATION (18 U.S.C. § 3161(h)(8)(A)
                                    )   & (h)(1)(I)
17      Defendant.                  )
                                    )
18

19      The parties appeared before the Honorable Jeffrey S. White on September 21, 2006,

20 October 26, 2006, and January 4, 2007.

21      With the agreement of counsel for both parties, the Court found and held as follows:

22      1. At each appearance, the parties agreed to an exclusion of time under the Speedy Trial

23 Act, in light of the need for (1) the Defendant to meet with advisory counsel, who was appointed

24 on September 26, 2006 but who was in trial on another case for several months; (2) the

25 Defendant to meet again with his counsel, AFPD Steven Kalar, who will be out of the District for

26 part of January 2007.  Failure to grant the requested continuance would unreasonably deny

27 defense counsel reasonable time necessary for effective preparation, taking into account the need

28 for further discussions with the Defendant and Defendant's counsel's travel schedule, and would

STIP & [PROP.] ORDER
CR 06-505 JSW

deny the Defendant continuity of counsel.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 21, 2006 to February 1, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from August 17, 2006 to September 21, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. In addition, as the proposed plea agreement has been under submission to the Court since August 10, 2006, the time is excludable on that basis as well. 18 U.S.C. § 3161(h)(1)(I).

IT IS SO STIPULATED.

DATED: January 5, 2007

/s/
TRACIE L. BROWN
Assistant United States Attorney

DATED: January 5, 2007

/s/
STEVEN KALAR
Attorney for Antonio Melendez-Torres

IT IS SO ORDERED.

DATED: January 5, 2007

THE HON. JEFFREY S. WHITE
United States District Judge

STIP & [PROP.] ORDER
CR 06-505 JSW                             2